**CHIARI & ILECKI, LLP**
ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQUARE, SUITE 1440
BUFFALO, NEW YORK 14203

TELEPHONES:
Erie County: (716)838-4300
(716)854-1332
Fax:(716)204-9728

GERALD CHIARI
WILLIAM ILECKI

SARA BULSON
BARBARA R. RIDALL
SUZANNE SMITH
KEITH ROSEBORO

HAROLD P. BULAN OF COUNSEL
MORRIS L. HORWITZ OF COUNSEL

April 19, 2011

Receipt # 1109 1707
4/25/2011
$77.48
dlw

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Ste. 250
Buffalo, NY 14202

    Re: KRAJEWSKI, ANDREW J. & CAROL M.
    Case #09-15850-K
    Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $77.48. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    X    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    ___    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant: WELLS FARGO BANK    Amount $77.48    Claims Register #2


FILED
APR 2 5 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

/s/ Harold P. Bulan
Harold P. Bulan, Trustee